FILED

03/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0495

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JESSE JAMES FINLEY,

Defendant and Appellant.

**ORDER**

Upon consideration Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 13, 2022, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2022